

# Fourth Court of Appeals
## San Antonio, Texas

December 29, 2017

No. 04-17-00851-CV

Herman **ADAMS**,
Appellant

v.

**MACLAMAR MANAGEMENT**,
Appellee

From the County Court At Law No. 10, Bexar County, Texas
Trial Court No. 2017CV04194
Honorable David J. Rodriguez, Judge Presiding

## O R D E R

The trial court signed a final judgment on November 16, 2017. Because appellant did not file a motion for new trial, motion to modify the judgment, motion for reinstatement, or request for findings of fact and conclusions of law, the notice of appeal was due to be filed on December 16, 2017. *See* TEX. R. APP. P. 26.1(a). A motion for extension of time to file the notice of appeal was due on December 31, 2017. *See* TEX. R. APP. P. 26.3. Although appellant filed a notice of appeal within the fifteen-day grace period allowed by Rule 26.3, he did not file a motion for extension of time.

A motion for extension of time is necessarily implied when an appellant, acting in good faith, files a notice of appeal beyond the time allowed by Texas Rule of Appellate Procedure 26.1 but within the fifteen-day grace period provided by Rule 26.3 for filing a motion for extension of time. *See Verburgt v. Dorner*, 959 S.W.2d 615, 617 (Tex. 1997) (construing the predecessor to Rule 26). However, the appellant must offer a reasonable explanation for failing to file the notice of appeal in a timely manner. *See id.*; TEX. R. APP. P. 26.3, 10.5(b)(1)(C).

We, therefore, ORDER appellant to file, within fifteen days from the date of this order, a response presenting a reasonable explanation for failing to file the notice of appeal in a timely manner. If appellant fails to respond within the time provided, the appeal will be dismissed. *See* TEX. R. APP. P. 42.3(c).

_Karen Angelini_
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of December, 2017.



KEITH E. HOTTLE,
Clerk of Court